PER CURIAM.
Affirmed. See Kirkland v. State, 684 So.2d 732 (Fla.1996); Dominguez v. State, 98 So.3d 198 (Fla. 2d DCA 2012); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Sweet v. State, 987 So.2d 747 (Fla. 2d DCA 2008); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Olsen v. State, 751 So.2d 108 (Fla. 2d DCA 2000); Chavers v. State, 115 So.3d 1017 (Fla. 1st DCA 2013); Haynes v. State, 106 So.3d 481 (Fla. 5th DCA 2013); Paul v. State, 830 So.2d 953 (Fla. 5th DCA 2002).
LaROSE, SLEET, and LUCAS, JJ„ Concur.